# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 06-03045-01-CR-S-RED |
| KARI JOLENE BROWN, | ) ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION

On July 7, 2006, defendant filed a motion for evaluation pursuant to 18 U.S.C. §§ 4241 and 4242. Thereafter, on July 18, 2006, the evaluation was ordered. The evaluation was conducted at the Federal Medical Center, Carswell, and a forensic report was filed with the Court on October 11, 2006. The matter was called for a hearing. The defendant appeared in person and with counsel. There was no evidence presented, other than the report previously mentioned above. The clinical staff, including the chief psychologist at the Federal Medical Center, concluded that the defendant is not suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. It is therefore

RECOMMENDED that the defendant be declared competent to stand trial.

        /s/ James C. England
    **JAMES C. ENGLAND, CHIEF**
    **UNITED STATES MAGISTRATE JUDGE**

Date: October 31, 2006