# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 06-03045-01-CR-S-RED |
| KARI JOLENE BROWN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

                                     */s/ Richard E. Dorr*
                                     **RICHARD E. DORR**
                                     **UNITED STATES DISTRICT JUDGE**

Date: December 1, 2006